### 5
**ARMOUR & COMPANY, Plaintiff in Error, v. Jack MYERS, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. August 3, 1926.)

No. 7554.

In Error to the District Court of the United States for the Eastern District of Missouri.

Jerome Simon, of St. Louis, Mo., for plaintiff in error.

Hay & Flanagan, of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation of parties.